UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHRYN A. WILDER,

    Plaintiff,

                                  Civil No. 07-6104-HA

    v.

                                  JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

Dated this __24__ day of September, 2008.

                                              /s/ ANCER L. HAGGERTY
                                                ANCER L. HAGGERTY
                                        UNITED STATES DISTRICT JUDGE